DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY GARRICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3359

[January 23, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-30 CF10A.

Kelly Garrick, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***